UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
AUDIEL MORENO AGUILAR

                              Plaintiff,          20-cv-04959 (AMD)(PK)

    -v.-                                            **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

GINO'S OF AZOGUES CORP. d/b/a Gino's Pizza, and OSCAR ZUMBA,

                              Defendants
-----------------------------------------------------------------------------X

WHEREAS the Plaintiff and Defendants entered into a settlement agreement disposing of all issues raised by the Plaintiff in this action, other than those claims brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §201, et seq.,

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, by his undersigned attorney, stipulates and agrees that all causes of action against defendants GINO'S OF AZOGUES CORP. and OSCAR ZUMBA in the above captioned action may be and hereby are dismissed without prejudice.

Dated:  December 1, 2020
         Forest Hills, New York                                    /S/
                                                            ARTHUR H. FORMAN
                                                             90-20 Metropolitan Avenue
                                                             Forest Hills, New York 11375
                                                             (718) 268-2616
                                                             *Attorney for Plaintiff*

                                                SO ORDERED:


                                                        U.S.D.J.